IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**WILLEAM D. LAHR,** : **CIVIL NO. 1:CV-06-0678**
       **Plaintiff** :
        :
  **v.** :
        :
**DISCOVER BANK,** *et al.*, :
        :
       **Defendants** :

## O R D E R

The captioned action was filed on April 3, 2006. A summons was issued on the same date. Service of process has not been effected on any Defendant to date. Federal Rule of Civil Procedure 4(m) reads as follows:

> (m) **Time Limit for Service**. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

The 120 day time period has lapsed.

**IT IS THEREFORE ORDERED THAT** the captioned action will be dismissed on August 18, 2006 for failure to effect service unless by that date Plaintiff shows **good** cause for the failure to effect service.

                                                          s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: August 9, 2006.